# STATE OF TENNESSEE
## THE CIRCUIT COURT OF BRADLEY COUNTY, TENNESSEE

SUMMONS  2007 NOV 26 P 3:41

CIVIL ACTION NUMBER V-07-718

| Clester J. Keith and | ) | Vs. | Olin Corporation | ) |
| Betty Keith | ) | | | ) |
| Plaintiffs | ) | | Defendant | ) |

To the above-named defendant(s):

You are hereby summoned and required to serve upon <u>Shari Tayloe Young</u> Plaintiff's attorney, whose address is <u>650 25th Street, Suite 400, Cleveland, TN 37311</u>, a written answer to the complaint herewith served upon you within 30 days after the service of this summons and complaint upon you, exclusive of the day of service. The same answer must be filed with the court. If you fail to so a, judgment by default can be taken against you for the relief demanded in the complaint.

Issued this __14__ day of __September__, 20_07_.

__Gayla H. Miller__   __Brenda N Gyler__
Clerk                Deputy Clerk

---

I received this summons on the 9th day of __November__, 20__.

I:

[✓] Served this summons and a complaint on defendant __Olin Corp.__ in the following manner: __Certified Mail (see attached)__

[ ] Failed to serve this summons within 30 days after its issuance because: ____

Process Server: __S Ward__

---

### NOTICE

**TO THE DEFENDANT(S):**

Tennessee law provides a four thousand dollar ($4,000) personal property exemption from the execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items necessary wearing apparel (clothing) for yourself and your family and trunks or receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the council of a lawyer.


EXHIBIT A

| | |
|---|---|
| PLETE THIS SECTION<br>ms 1, 2, and 3. Also complete<br>stricted Delivery is desired.<br>name and address on the reverse<br>e can return the card to you.<br>his card to the back of the mailpiece,<br>he front if space permits.<br><br>e Addressed to:<br><br>LT Corporation System<br>Registered Agent for Olin Corp.<br>800 S. Gay Street, Suite 2021<br>Knoxville, TN 37929-9710 | MPLETE THIS SECTION ON DELIVERY<br>A. Signature<br>X  *Ericka Fry*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  NOV 09 200_  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

2. Article Number
   (Transfer from service label)    7004 1350 0004 1077 7565

PS Form 3811, February 2004       Domestic Return Receipt         102595-02-M-1540

# IN THE CIRCUIT COURT OF BRADLEY COUNTY, TENNESSEE

| | |
|---|---|
| CLESTER J. KEITH, and ) | |
| BETTY KEITH ) | |
| ) | |
| Plaintiffs, ) | Case No. _____ |
| ) | |
| v. ) | Judge _____ |
| ) | |
| OLIN CORPORATION, ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## COMPLAINT

The plaintiffs, Clester J. Keith and wife, Betty Keith, by and through counsel, bring this action for reasonable compensation against the defendant, Olin Corporation, based upon personal injuries and other damages received as a result of chemical exposure to Plaintiff Clester J. Keith occurring on or about September 15, 2006. For their cause of action, Plaintiffs would show the Court as follows:

## PARTIES

1. Plaintiff, Clester J. Keith, is a citizen and resident of Cleveland, Bradley County, Tennessee.

2. Plaintiff, Betty Keith, is the wife of Clester J. Keith and is a citizen and resident of Bradley County, Tennessee.

3. Defendant, Olin Corporation, hereinafter referred to as "Olin", is a corporation doing business in the state of Tennessee with corporate offices in Charleston, Bradley County, Tennessee, and incorporated in the state of Virginia. Olin operates a chemical manufacturing and packaging plant at their headquarters in Charleston, Tennessee.

## FACTS

4. Clester Keith is an employee of Fru-Con Construction Company. In his

employment with Fru-Con Construction Company he does work on or near the premises of Olin.

5. On September 15, 2006, Mr. Keith was working for his employer Fru-Con Construction Company on property owned by Arch Chemicals, Inc.

6. Adjacent to the property owned by Arch Chemicals, Inc., is the property owned by Olin and upon which they operate their chemical manufacturing and packaging plant.

7. Upon information and belief, Olin, through their employees, caused multiple releases of two toxic chemicals, hydrochloric acid and Reductone.

8. Mr. Keith, with no warning of the releases, breathed in a dangerous amount of these chemicals negligently released by Olin.

9. As a proximate result of Mr. Keith's breathing in these chemicals which were negligently released by Olin, he sustained serious and permanent pulmonary and cardiac injury.

## NEGLIGENCE CLAIMS

10. Olin owes a duty to all who are invited to come on their premises and to all those who live in the surrounding area, including Plaintiffs, to handle the toxic chemicals which they work with in a safe and prudent manner, and to take appropriate precautions to prevent the escape of these toxic chemicals and the resultant exposure to those in the surrounding community.

11. On September 15, 2006, Olin, through its employees, breached this duty of care owed to Plaintiff, Clester J. Keith, in causing or failing to prevent the escape of hydrochloric acid and Reductone.

12. As a direct and proximate result of the breach of duty of care on the part of Olin, Mr. Keith was exposed and breathed in a dangerous amount of hydrochloric acid and Reductone,

and suffered serious and permanent pulmonary and cardiac injury.

## PUNITIVE CLAIMS

13. In addition to their acts of ordinary negligence, Olin, in their release of toxic chemicals into the air and the resulted exposure to the surrounding community, through its employees, was grossly negligent. Further, to the extent that any such release was done intentionally and without warning to those in the surrounding area, Olin is guilty of intentional, willful and wonton misconduct.

## DAMAGES

14. As a direct and proximate result of the negligence of Olin, Mr. Keith sustained serious personal injury and incurred reasonable and necessary medical expenses. Some of his injuries are permanent and disabling in nature. Betty Keith suffered the loss of consortium of her husband and is jointly liable for his medical bills.

15. Plaintiffs seek reasonable compensation from the defendant for damages including but not limited to:

   a. Physical and emotional injury;

   b. Reasonable and necessary medical expenses;

   c. Loss of earning capacity;

   d. Permanent physical impairment;

   e. Loss of enjoyment of life;

   f. Loss of consortium; and

   g. All other damages to which they may be entitled.

15. Plaintiffs seek punitive damages from Olin for its reckless disregard to the safety

and well being of Plaintiffs and others in the surrounding community.

Plaintiffs seek compensatory damages in the total amount of $2,000,000 and punitive damages in the total amount of $2,000,000.

Respectfully submitted,

CRUMP, RICHARDSON, & YOUNG, PLLC

By: _____
Shari Young, BPR #016309
650 25th Street NW, Ste. 400
Cleveland, TN 37311
Tel: 423/472-9888
Fax: 423/472-9892

SUMMERS & WYATT, P.C.

By: _____
James T. Neal, BPR # 006838 by permission
735 Broad Street, Ste. 800
Chattanooga, TN 37402
Tel: 423/265-2385
Fax: 423/266-5211

## COST BOND

We, the undersigned Principal and Surety, do hereby acknowledge ourselves as security for the costs of this cause, not to exceed $1,000.

_Clester Keith_
Principal

_[signature]_
Surety

# CIVIL CASE COVER SHEET
## ******Original/ Reopened Filing*****

1. Location Code: _____
2. Court ☒ Circuit Civil ☐ Chancery ☐ Probate
3. Docket No._____
4. Filing Date_____
5. Plaintiff(s)                                    Defendant(s)

| Plaintiff(s) | Defendant(s) |
|---|---|
| Clester J. Keith and Betty Keith | Olin Corporation |
| Shari Tayloe Young<br>Crump, Richardson & Young, PLLC<br>650 25th Street, Suite 400<br>Cleveland, TN 37311<br>(423)472-9888<br><br>James T. Neal<br>Summer & Wyatt, P.C.<br>735 Broad Street, Suite 800<br>Chattanooga, TN 37402 | |

6. Jury Demand ( check yes only if demanded in complaint) ☒ Yes ☐ No
7. Original Filing Type of Suit

| General Civil | Domestic Relations | Other |
|---|---|---|
| ☐ 451 Medical Malpractice | ☐ 361 Paternity | ☐ 541 Judicial Hospitalization |
| ☐ 461 Contract/Debt | ☐ 362 Legitimation | |
| ☐ 462 Specific Performance | ☐ 363 Adoption | |
| ☐ 471 Other Damages/Torts | ☐ 364 Surrender | |
| ☐ 481 Real Estate Matter | ☐ 371 Divorce with minor children | |
| ☐ 491 Workers Compensation | ☐ 372 Divorce without minor children | |
| ☐ 501 Probate | ☐ 381 Order of Protection | |
| ☐ 511 Juvenile Court Appeal | ☐ 391 Interstate Support- Incoming | |
| ☐ 512 General Sessions Appeal | ☐ 392 Interstate Support- Outgoing | |
| ☐ 513 Appeal from Admin. Hearing | ☐ 401 Other Domestic Relations( specify)_____ | |
| ☐ 571 Conservatorship | | |
| ☐ 572 Guardianship | | |
| ☐ 573 Trust | | |
| ☒ 581 Miscellaneous General Civil (specify) Personal Injury | | |

Reopened Filing Type of Suit

| Petition for | |
|---|---|
| ☐ 381 Order of Protection | ☐ 501 Probate |
| ☐ 382 Contempt | ☐ 541 Judicial Hospitalization |
| ☐ 383 Residential Parenting/ no Child Support | ☐ 572 Conservatorship |
| ☐ 384 Residential Parenting/ Child Support | ☐ 573 Trust |
| ☐ 385 Child Support | ☐ 551 Other |
| ☐ 387 Wage Assumption Hearing | |