# IN THE CIRCUIT COURT FOR BRADLEY COUNTY, TENNESSEE

| | |
|---|---|
| CLESTER J. KEITH and<br>BETTY KEITH ) ) ) | |
| Plaintiffs, ) | DOCKET NO. V-07-718 |
| ) | |
| v. ) ) | JURY DEMANDED |
| OLIN CORPORATION ) ) | |
| Defendant. ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:   GAYLA H. MILLER, CLERK
       CIRCUIT COURT FOR BRADLEY COUNTY

Notice is hereby given that the Defendant Olin Corporation without waiving any defenses it may have, has filed in the United States District Court for the Eastern District of Tennessee at Chattanooga, a Notice of Removal, a copy of which is attached hereto as **Exhibit 1**, removing this action to the same United States District Court.

Respectfully Submitted,

HUSCH & EPPENBERGER, LLC

By _____
Mark A. Smith, BPR No. 021780
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone: (423)266-5500
Facsimile: (423) 785-8480

*Attorneys for Defendant, Olin Corporation*

F:\CHATTANOOGA\LEEN\NOTICE\0442998.01

**EXHIBIT B**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and exact copy of the foregoing document has been forwarded by regular U.S. mail, postage prepaid, this __26__ day of November, 2007 to:

Shari Tyloe Young, Esq.
Crump, Richardson & Young, PLLC
650 2$^{5th}$ Street NE, Suite 400
Cleveland, TN 37311

James T. Neal, Esq.
Summers & Wyatt, P.C.
735 Broad Street, Suite 800
Chattanooga, TN 37402

_____
Mark A. Smith